# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
3 Chefs Downtown Inc. ) ASBCA Nos. 61779, 61780, 61781
)
Under Contract Nos. W912LQ-17-P-0028 )
W912LQ-17-D-0001 )

APPEARANCE FOR THE APPELLANT: Mr. Joel Young

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Richard W. Hagner, JA
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: January 29, 2019

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61779, 61780, 61781, Appeals of 3 Chefs Downtown Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals